# ELECTRONIC RECORD

1135-15

COA #    02-14-00333-CR                OFFENSE:    29.03

STYLE:    Michael Paul Lavoie v. The State of Texas                COUNTY:    Tarrant

COA DISPOSITION:      AFFIRMED            TRIAL COURT:    213th District Court

DATE: 08/28/15                Publish: NO    TC CASE #:    1251622D

# IN THE COURT OF CRIMINAL APPEALS

STYLE:    Michael Paul Lavoie v. The State of Texas        CCA #:    1135-15

_____APPELLANT'S_____ Petition        CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE:    _____

_____REFUSED_____            JUDGE:    _____

DATE: __11/04/2015__            SIGNED: _____    PC: _____

JUDGE: __Per Curiam__            PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD